**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| TOHONO O'ODHAM NATION,<br><br>*Appellant*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br><br>*Appellees*. | Case No. 26-5306 |

**APPELLANT TOHONO O'ODHAM NATION'S CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

As required by Circuit Rules 27(a)(4) and 28(a)(1), undersigned counsel for Appellant Tohono O'odham Nation hereby provides the following information:

## I. Parties Appearing Below

The parties who appeared before the U.S. District Court were:

1. The Tohono O'odham Nation, a federally recognized Indian tribe.

2. Markwayne Mullin, Secretary of the United States Department of Homeland Security (named in his official capacity).

3. Rodney Scott, Commissioner of United States Customs and Border Protection (named in his official capacity).

4. Rosario Vasquez, Chief of the United States Border Patrol (named in his official capacity).

## II. Amici Appearing Below

The amici curiae appearing before the U.S. District Court were:

1. Warren Petersen, in his capacity as President of the Arizona Senate.

2. Steve Montenegro, in his capacity as Speaker of the Arizona House of Representatives.

## III. Parties Appearing in this Court

1. The Tohono O'odham Nation, a federally recognized Indian tribe.

2. Markwayne Mullin, Secretary of the United States Department of Homeland Security (named in his official capacity).

3. Rodney Scott, Commissioner of United States Customs and Border Protection (named in his official capacity).

4. Rosario Vasquez, Chief of the United States Border Patrol (named in his official capacity).

## IV. Ruling Under Review

The ruling under review is the August 14, 2026, Memorandum Opinion, Dkt. No. 45, and Order of United States District Court Judge Richard J. Leon, Dkt. No. 46, denying the Tohono O'odham Nation's Motion for a Preliminary Injunction in D.D.C. No. 26-cv-2127-RJL.

## V. Related Cases

This case has not previously been before this Court or any other court other than the district court. Counsel is not aware of any other related cases. *See* Circuit Rule 28(a)(1)(C).

Dated: September 11, 2026

Respectfully submitted,

*/s/ Riyaz A. Kanji*
Riyaz A. Kanji,
D.C. Circuit Bar No. 48737
David A. Giampetroni,
D.C. Circuit Bar No. 53350
Joshua C. Handelsman
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com
jhandelsman@kanjikatzen.com

Philip H. Tinker
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

Howard M. Shanker
Attorney General
Logan Takao Cooper
Assistant Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
Howard.Shanker@tonation-nsn.gov
Logan.Cooper@tonation-nsn.gov

*Counsel for Appellant Tohono O'odham Nation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Riyaz A. Kanji*
Riyaz A. Kanji