# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5306** **September Term, 2026**

**1:26-cv-02127-RJL**

**Filed On:** October 6, 2026


Tohono O'odham Nation, a federally recognized Indian tribe,

Appellant

v.

Markwayne Mullin, in his official capacity as Secretary of U.S. Department of Homeland Security, et al.,

Appellees

**BEFORE:** Pillard, Katsas, and Walker, Circuit Judges

## **O R D E R**

Upon consideration of the emergency motion for an injunction pending appeal and an administrative injunction, it is

**ORDERED** that appellees file a response to the motion by October 15, 2026. Any reply is due by October 22, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk