# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5306** **September Term, 2026**

**1:26-cv-02127-RJL**

**Filed On: October 15, 2026** **[2198451]**

Tohono O'odham Nation, a federally recognized Indian tribe,

Appellant

v.

Markwayne Mullin, in his official capacity as Secretary of U.S. Department of Homeland Security, et al.,

Appellees

**O R D E R**

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | October 28, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk