# United States Court of Appeals
# District of Columbia Circuit

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Tohono O'odham Nation

**v.**

Markwayne Mullin, et al.

**Case No:** 26-5306

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Markwayne Mullin, Secretary of US DHS

Rodney S. Scott, Comm'r of US CBP

Roario Vazquez, Chief of US Border Patrol

### Counsel Information

Lead Counsel: Kyle Glynn

Direct Phone: (202) 598-9568 Fax: (202) 353-1873 Email: kyle.glenn@usdoj.gov

2nd Counsel: Christopher Anderson

Direct Phone: (202) 598-1971 Fax: (202) 353-1873 Email: christopher.anderson3@usdoj.gov

3rd Counsel: Adam R.F. Gustafson

Direct Phone: (202) 718-0703 Fax: ( ) Email: adam.gustafson@usdoj.gov

Firm Name: U.S. Dep't of Jusice, ENRD, Appellate Section

Firm Address: P.O. Box 7415, Ben Franklin Station, Washington, DC 20044-7415

Firm Phone: (202) 598-9568 Fax: (202) 353-1873 Email: kyle.glynn@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.