# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Tohono O'odham Nation

v.

Markwayne Mullin, et al.

**Case No:** 26-5306

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as (●) Retained ( ) Pro Bono ( ) Appointed (CJA/FPD) ( ) Gov't counsel

for the ( ) Appellant(s)/Petitioner(s) ( ) Appellee(s)/Respondent(s) ( ) Intervenor(s) (●) Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Center for Biological Diversity

### Counsel Information

Lead Counsel: Zeynep J. Graves

Direct Phone: (510) 844-7160 Fax: (510) 844-7150 Email: zgraves@biologicaldiversity.org

2nd Counsel:

Direct Phone: ( ) Fax: ( ) Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Center for Biological Diversity

Firm Address: 2100 Franklin St., Suite 375, Oakland, CA 94612

Firm Phone: (510) 844-7100 Fax: (510) 844-7150 Email: zgraves@biologicaldiversity.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)