# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5306** **September Term, 2026**

**1:26-cv-02127-RJL**

**Filed On: November 25, 2026**

Tohono O'odham Nation, a federally recognized Indian tribe,

Appellant

v.

Markwayne Mullin, in his official capacity as Secretary of U.S. Department of Homeland Security, et al.,

Appellees

**BEFORE:** Pillard*, Katsas, and Walker, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for an injunction pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion for an injunction be denied. Appellant has not satisfied the stringent requirements for an injunction pending appeal. See Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2026).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

* Circuit Judge Pillard would grant the emergency motion for an injunction pending appeal.